■ Harry Weiss, Inc., et al., Respondents, v Mendez Moskowitz et al., Appellants, et al., Defendants. [6 NYS3d 482]— Order, Supreme Court, New York County (Geoffrey D. Wright, J.), entered May 28, 2014, which, to the extent appealed from as limited by the briefs, granted plaintiffs' motion for a directed verdict on their conversion claim and dismissing defendants Mendez Moskowitz and BMW Diamonds, Inc.'s counterclaim for slander, and denied defendants' motion to dismiss the

conversion claim, unanimously affirmed, without costs. Appeal from order, same court and Justice, entered August 5, 2014, which, upon reargument, adhered to the prior determination, unanimously dismissed, without costs, as academic.

In his trial testimony, defendant Mendez Moskowitz admitted to the elements of the conversion claim (*see* CPLR 4401). The spoliation/preclusion order had no bearing on the conversion claim. The counterclaim for slander failed to set forth "the particular words complained of" (*see* CPLR 3016 [a]).

We have considered defendants' remaining arguments and find them unavailing. Concur—Mazzarelli, J.P., Renwick, Manzanet-Daniels and Clark, JJ.